1  Erika Bailey Drake (SBN 248034)
2  edrake@drakeanddrake.com
   Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ROBERT WAHL, | ) | |
|---|---|---|
| | ) | CASE NO.: CV 14-4986-SP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | *[PROPOSED]* ORDER |
| CAROLYN W. COLVIN, Acting, | ) | AWARDING EAJA FEES |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4,000.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: January 20, 2016

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-